UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

AMY BELIVEAU -MCCORMACK

                                                      Case No. 02-19668-AJC

    Debtor.                                       Chapter 7

_____/

## MOTION TO REOPEN CHAPTER 7 BANKRUPTCY TO ADD OMITTED CREDITOR

*Any interested party who fails to file and serve a written response to this motion within 20 days after the date of service stated in this motion shall, pursuant to local rule 9013-1(D), de deemed to have consented to the entry of an Order in the form attached to this Motion. Any scheduled hearing may then be canceled.*

COMES NOW, Debtor, Amy Beliveau-McCormack, by and through her undersigned counsel and files this Motion to Reopen Case to Add Omitted Creditor and in support thereof would state:

    1.    The case was closed on December 27, 2002.

    2.    That subsequent to discharge the debtor learned that there was a judgment placed against her by Francis David Corp. d/b/a Electronic Merchant Systems in the amount of $11,005.81.

    3.    The debtor did not list Francis David Corp., d d/b/a Electronic Merchant Systems as an unsecured creditor in her chapter 7 bankruptcy.

    4.    The debtor needs to reopen her chapter 7 bankruptcy case in order to include the unsecured creditor, Francis David Corp., d/b/a Electronic Mechant Systems.

    **WHEREFORE** the Debtor, Amy Beliveau-McCormack, respectfully requests that this motion to Reopen Case to Add Omitted Creditor be granted.

    **I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY,** that this _____ day of October 2010 a true and correct copy of the foregoing was sent via ecf and U.S. Mail to: John Rahilly, President of Electronic Merchant System, 5005 Rockside rd., #PH 100, Independence, Ohio, 44131; Egon P. Songerman, Esq., 3681 Green Rd., #410, Cleveland, OH 44122 and all parties on the service list.

Joseph M. Corey, Jr.
Attorney for Debtor
900 West 49 the Street, Suite 206
Hialeah, FL 33012
Tel. (305) 557-1750


By:   */s/ Joseph M. Corey, Jr.*
      Joseph M. Corey, Jr, Esquire
      FBN#333174

2